IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOPE BOWSHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 13-cv-0099-MJR-DGW |
| | ) |
| AUDUBON FINANCIAL BUREAU, LLC, | ) |
| and ADAM M. MARCH, | ) |
| | ) |
| Defendants. | ) |

<u>MEMORANDUM and ORDER</u>

REAGAN, District Judge:

Hope Bowsher filed suit in this Court asserting claims under the Fair Debt Collection Practices Act, 15 U.S.C. 1692, *et seq.,* and the Telephone Consumer Protection Act, 47 U.S.C. 227, *et seq.* Subject matter jurisdiction lies under the federal question statute, 28 U.S.C. 1331. Bowsher named two Defendants, Audubon Financial Bureau (a debt collection business) and Adam March (the alleged owner of Audubon). Service was made on Audubon, with an answer or other responsive pleading due March 5, 2013 (see Doc. 5). When that date passed without any activity, the Clerk's Office issued a Notice of Impending Dismissal with an April 3, 2013 deadline for Bowsher to take action. After that deadline elapsed without action by Bowsher, the undersigned Judge issued a Show Cause Order directing Bowsher to take action by April 29, 2013 or face involuntary dismissal.

Bowsher has complied with the Court's directive. She filed an April 24, 2013 response explaining the status of the case including, inter alia, two agreed-to extensions

1

of Defendant Audubon's answer deadline. The record indicates that Defendant Audubon's answer or other responsive pleading now is due May 2, 2013, *see* Doc. 11, and the time has not yet elapsed for effecting service on Defendant March, *see* Fed. R. Civ. P. 4(m). Dismissal for want of prosecution is not warranted. The show cause order is hereby discharged.

  IT IS SO ORDERED.

  DATED April 25, 2013.

          *s/ Michael J. Reagan*
          Michael J. Reagan
          United States District Judge