IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

CASE NO. 3:13-cv-00099-MJR-DGW

HOPE BOWSHER,

    Plaintiff,

v.

AUDUBON FINANCIAL BUREAU, LLC
and ADAM D. MARCH, individually,

    Defendants.
_____/

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff Hope Bowsher pursuant to Federal Rule of Civil Procedure 41(a)(2), and moves this court for an order voluntarily dismissing this action without prejudice, and states as follows:

1. On February 1, 2013, Plaintiff filed her complaint against Defendant Audubon Financial Bureau, LLC and Defendant Adam D. March ("Defendants"), alleging violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 et seq. and the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 et seq. (Doc. 1).

2. On May 2, 2013, Defendant filed its answer. (Doc. 14).

3. Plaintiff does not desire to pursue this matter at this time.

4. Therefore, Plaintiff respectfully requests this Court to dismiss this suit and all claims that were asserted by Plaintiff against all Defendants in this lawsuit without prejudice.

5. Plaintiff's counsel has attempted to confer with Defense counsel to obtain a stipulation for dismissal; however Defendant opposes a stipulation unless the dismissal is with prejudice, thus Defendant is opposed to the relief requested in this motion.

WHEREFORE, Plaintiff respectfully requests this Court for an order voluntarily dismissing this action without prejudice with each party to bear its own fees and costs.

Dated this 14th day of May, 2013.

By: s/ Alex Weisberg
ALEX D. WEISBERG
IBN: 6271510
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com

## **CERTIFICATE OF SERVICE VIA ELECTRONIC MAIL**

I, Alex D. Weisberg, certify that a true and correct copy of the foregoing Notice was served via electronic mail on the following: Thomas Needham, at tpn@needhamlaw.com, on May 14, 2013, as well as by U.S. Mail to:


Adam D. March
5145 Kraus Rd.
Clarence, NY 14031-1567

                                       By: s/ Alex Weisberg
                                       ALEX D. WEISBERG
                                       IBN: 6271510
                                       WEISBERG & MEYERS, LLC
                                       ATTORNEYS FOR PLAINTIFF
                                       5722 S. Flamingo Road, Ste. 656
                                       Cooper City, FL 33330
                                       (954) 212-2184
                                       (866) 577-0963 fax
                                       aweisberg@attorneysforconsumers.com