IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOPE BOWSHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 13-cv-0099-MJR-DGW |
| | ) |
| AUDUBON FINANCIAL BUREAU, | ) |
| LLC, and ADAM M. MARCH, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and Plaintiff's May 15, 2013 voluntary dismissal notice/motion, Defendant Adam March was dismissed without prejudice. Pursuant to Rule 41(a)(2) and the Court's May 21, 2013 Order granting Plaintiff's motion for voluntary dismissal, the remainder of the case (Plaintiff's claim against Defendant Audubon Financial Bureau) was dismissed without prejudice. Each party shall bear his/her/its own costs.

Dated: May 21, 2013

NANCY J. ROSENSTENGEL, Clerk
s/ Debbie DeRousse
Deputy Clerk

Approved: _____
MICHAEL J. REAGAN, U.S. District Judge